1   BENJAMIN B. WAGNER
    United States Attorney
2   EDWARD A. OLSEN (CSBN 214150)
    Assistant United States Attorney
3   501 I Street, Suite 10-100
    Sacramento, CA  95814
4   Telephone:  (916) 554-2821
    Facsimile:  (916) 554-2900
5   edward.olsen@usdoj.gov

6   Attorneys for Defendants

7

8                    IN THE UNITED STATES DISTRICT COURT

9                   FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11  PRIME HEALTHCARE SERVICES –          CASE NO.   2:15-CV-00400-TLN-CMK
    SHASTA, LLC, a Delaware limited liability
12  company doing business as Shasta Regional    **STIPULATION AND ORDER TO**
    Medical Center,                      **EXTEND THE DEADLINE TO FILE**
13                                       **A RESPONSIVE PLEADING**
                      Plaintiff,
14                                       [L.R. 144(a)]
    v.
15
    SYLVIA MATHEWS BURWELL, in her
16  official capacity as Secretary of the Department
    of Health and Human Services,
17
                      Defendant.
18

19

20          Plaintiff Prime Healthcare Services – Shasta, LLC, and Defendant Sylvia Burwell, Secretary

21  of the Department of Health and Human Services, by and through their attorneys, hereby stipulate,

22  subject to approval of the Court, to extend the deadline for filing a responsive pleading to Plaintiff's

23  Complaint from May 4, 2015, to June 5, 2015, in light of the following:

24          Plaintiff has filed a total of 8 cases challenging determinations by the Medicare Appeals

25  Council that Plaintiff lacked standing to appeal the denial of its claims for payment for emergency

26  medical services provided to 29 Medicare beneficiaries between November 2008 and February 2009.

27  //

28

STIPULATION AND ORDER TO EXTEND DEADLINE FOR          1
DEFENDANT TO FILE A RESPONSIVE PLEADING

These cases are as follows:

(1)     In *Prime Healthcare Services – Shasta, LLC v. Burwell*, 2:14-cv-02791-TLN-KJN, plaintiff challenges a determination by the Medicare Appeals Council, dated September 30, 2014, that it lacked standing to appeal the denial of its claims for payment for emergency medical services provided to 29 Medicare beneficiaries between November 2008 and February 2009.  The deadline for Defendant's responsive pleading was March 13, 2013, but the parties filed a stipulation to extend that deadline to April 10, 2013.

(2)     In *Prime Healthcare Services – Shasta, LLC v. Burwell*, 2:15-cv-00154-TLN-DAD, plaintiff challenges a determination by the Medicare Appeals Council, dated November 21, 2014, that it lacked standing to appeal the denial of its claims for payment for emergency medical services provided to 17 Medicare beneficiaries between November 2008 and February 2009.  The deadline for Defendant's responsive pleading was March 30, 2013, but the parties filed a stipulation to extend that deadline to April 10, 2013.

(3)     In *Prime Healthcare Services – Shasta, LLC v. Burwell*, 2:15-cv-00324-JAM-CMK, plaintiff challenges a determination by the Medicare Appeals Council, dated December 10, 2014, that it lacked standing to appeal the denial of its claims for payment for emergency medical services provided to 6 Medicare beneficiaries between November 2008 and February 2009.  The deadline for Defendant's responsive pleading is May 4, 2015.

(4)     In *Prime Healthcare Services – Shasta, LLC v. Burwell*, 2:15-cv-00400-TLN-CMK, plaintiff challenges a determination by the Medicare Appeals Council, dated December 23, 2014, that it lacked standing to appeal the denial of its claims for payment for emergency medical services provided to 10 Medicare beneficiaries between November 2008 and February 2009.  The deadline for Defendant's responsive pleading is May 4, 2015.

(5)     In *Prime Healthcare Services – Shasta, LLC v. Burwell*, 2:15-cv-00450-KJM-CKD, plaintiff challenges a determination by the Medicare Appeals Council, dated December 29, 2014, that it lacked standing to appeal the denial of its claims for payment for emergency medical services provided to 18 Medicare beneficiaries between November 2008 and February 2009.  The deadline for Defendant's responsive pleading is May 29, 2015.

(6)     In *Prime Healthcare Services – Shasta, LLC v. Burwell*, 2:15-cv-00473-MCE--CMK, plaintiff challenges a determination by the Medicare Appeals Council, dated January 2, 2015, that it lacked standing to appeal the denial of its claims for payment for emergency medical services provided to 19 Medicare beneficiaries between November 2008 and February 2009.  The deadline for Defendant's responsive pleading is May 29, 2015.

(7)     In *Prime Healthcare Services – Shasta, LLC v. Burwell*, 2:15-cv-00474-MCE--CMK, plaintiff challenges a determination by the Medicare Appeals Council, dated January 2, 2015, that it lacked standing to appeal the denial of its claims for payment for emergency medical services provided to 7 Medicare beneficiaries between November 2008 and February 2009.  The deadline for Defendant's responsive pleading is May 29, 2015.

(8)     In *Prime Healthcare Services – Shasta, LLC v. Burwell*, 2:15-cv-00709-TLN-KJN, plaintiff challenges a determination by the Medicare Appeals Council, dated December 29, 2015, that it lacked standing to appeal the denial of its claims for payment for emergency medical services provided to 25 Medicare beneficiaries between November 2008 and February 2009.  The deadline for Defendant's responsive pleading is June 2, 2015.

The 8 cases are related because they involve the same parties and present the same legal issue – whether Medicare Appeals Council correctly determined that plaintiff lacked standing to appeal the denial of its claims for payment for emergency medical services provided to various beneficiaries between November 2008 and February 2009.   The parties believe that, in the interest of economy and efficiency, it makes sense to have a single responsive pleading deadline for all eight cases and, accordingly, respectfully ask the Court to extend the deadline for the Defendant's responsive pleading to June 5, 2015.

Respectfully submitted,

Dated:  April 7, 2015

BENJAMIN B. WAGNER
United States Attorney

*/s/ Edward A. Olsen*
EDWARD A. OLSEN
Assistant United States Attorney
Attorneys for Defendants

Dated:  April 7, 2015

/s/ Yekaterina Dekadokh
YEKATERINA DEKADOKH
Attorney for Prime Healthcare Services – Shasta
LLC

# ORDER

Pursuant to stipulation and good cause having been shown, IT IS SO ORDERED.

Dated:  April 13, 2015

Troy L. Nunley
United States District Judge