BENJAMIN B. WAGNER
United States Attorney
EDWARD A. OLSEN (CSBN 214150)
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA  95814
Telephone:  (916) 554-2821
Facsimile:   (916) 554-2900
edward.olsen@usdoj.gov

Attorneys for Defendant

Andrew H. Selesnick (SBN 160516)
Damaris L. Medina (SBN 262788)
Ketakee R. Kane (SBN 291828)
**MICHELMAN & ROBINSON, LLP**
15760 Ventura Boulevard, 5th Floor
Encino, California 91436
Telephone: (818) 783-5530
Facsimile:  (818) 783-5507

Troy A. Schell, Esq. (SBN 208661)
Bryan Wong, Esq. (SBN 205573)
**PRIME HEALTHCARE SERVICES, INC.**
3300 East Guasti Road, 3rd Floor
Ontario, California 91761
Telephone:     (909) 235-4400
Facsimile:      (909) 235-4419

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PRIME HEALTHCARE SERVICES – SHASTA, LLC, a Delaware limited liability company doing business as Shasta Regional Medical Center,<br><br>                    Plaintiff,<br><br>v.<br><br>SYLVIA MATHEWS BURWELL, in her official capacity as Secretary of the Department of Health and Human Services,<br><br>                    Defendant. | CASE NO.   2:15-CV-00400-TLN-KJN<br><br>**STIPULATION AND PROPOSED ORDER TO EXTEND THE DEADLINE TO FILE A RESPONSIVE PLEADING**<br><br>[L.R. 144(a)] |

STIPULATION TO EXTEND DEADLINE FOR            1
DEFENDANT TO FILE A RESPONSIVE PLEADING

Plaintiff Prime Healthcare Services – Shasta, LLC, and Defendant Sylvia Burwell, Secretary of the Department of Health and Human Services, by and through their attorneys, hereby stipulate, subject to approval of the Court, to extend the deadline for filing a responsive pleading to Plaintiff's First Amended Complaint from September 4, 2015, to October 5, 2015, in light of the following:

Plaintiff has filed a total of 9 cases challenging determinations by the Medicare Appeals Council that Plaintiff lacked standing to appeal the denial of its claims for payment for emergency medical services provided to multiple Medicare beneficiaries between November 2008 and February 2009.  The parties have previously stipulated to a responsive deadline of September 4, 2015, in each of these 9 cases.

In light of defendant's attorney's workload –which includes a trial in September in *Koval v. United States*, 2:13-cv-2552-JAM-DAD, depositions currently scheduled for September in *E.R. v. Sutter Davis Hospital*, 2:14-cv-2053-WBS-CKD, a reply brief due in September in *Bullen v. Lynch*, 2:13-cv-1349-TMB (Dist. of Ariz.), a reply brief due in September in *Muir v. United States*, 2:14-cv-2716-MCE-CKD, and a 9th Circuit oral argument in October in *Grinols v. Electoral College*, Ninth Circuit Appeal No. 13-16359, the parties hereby stipulate, subject to approval of the Court, to extend the deadline for a responsive pleading in the above-captioned matter from September 4, 2015, to October 5, 2015.

Although the parties have not previously asked for an extension of time to file a responsive pleading to the First Amended Complaint, the parties have previously filed several stipulations for extensions of time to file a responsive pleading to the original Complaint (totaling over 90 days in most of the nine cases).  The parties appreciate the Court's patience in this matter.

Respectfully submitted,

Dated:  August 14, 2015

BENJAMIN B. WAGNER
United States Attorney

*/s/ Edward A. Olsen*
EDWARD A. OLSEN
Assistant United States Attorney
Attorneys for Defendant

Dated: August 14, 2015

*/s/ Ketakee R. Kane*
Andrew H. Selesnick
Damaris L. Medina
Katakee R. Kane
Troy A. Schell
Bryan Wong
Attorneys for Prime Healthcare Services –
Shasta LLC

## ORDER

Pursuant to stipulation and good cause having been shown, IT IS SO ORDERED that the responsive pleading deadline is moved to October 5, 2015.

Dated: August 18, 2015

_____
Troy L. Nunley
United States District Judge

STIPULATION TO EXTEND DEADLINE FOR
DEFENDANT TO FILE A RESPONSIVE PLEADING

3