ANDREW H. SELESNICK (SBN 160516)
DAMARIS L. MEDINA (SBN 262788)
KETAKEE R. KANE (SBN 291828)
**MICHELMAN & ROBINSON, LLP**
10880 Wilshire Blvd., 19th Floor
Los Angeles, CA 90024
Telephone: (310) 564-2670
Facsimile: (310) 564-2671

Troy A. Schell, Esq. (SBN 208661)
Bryan Wong, Esq. (SBN 205573)
**PRIME HEALTHCARE SERVICES, INC.**
3300 East Guasti Road, 3rd Floor
Ontario, California 91761
Telephone:  (909) 235-4400
Facsimile:   (909) 235-4419

Attorneys for Plaintiff

Additional Counsel Listed On Next Page

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **PRIME HEALTHCARE SERVICES – SHASTA, LLC**, a Delaware limited liability company doing business as **Shasta Regional Medical Center;**<br><br>    **Plaintiff**<br>vs.<br>**Sylvia Mathews Burwell in her official capacity as Secretary of the Department of Health and Human Services,**<br><br>    **Defendant.** | Case No. 2:15-cv-00400-TLN-KJN<br><br>**STIPULATION AND ORDER TO EXTEND THE DEADLINE TO FILE A RESPONSIVE PLEADING**<br><br>[L.R. 144(A)] |

1

**STIPULATION AND ORDER**

BENJAMIN B. WAGNER
United States Attorney
BOBBIE J. MONTOYA (CSBN 208772)
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA  95814
Telephone:  (916) 554-2821
Facsimile:   (916) 554-2900
Bobbie.Montoya@usdoj.gov

Attorneys for Defendant

**STIPULATION AND ORDER**

Plaintiff Prime Healthcare Services – Shasta, LLC ("Plaintiff"), and Defendant Sylvia Burwell, Secretary of the Department of Health and Human Services, ("Defendant") by and through their attorneys, hereby stipulate, subject to approval of the Court, to the following:

Plaintiff has filed a total of 9 cases challenging determinations by the Medicare Appeals Council that Plaintiff lacked standing to appeal the denial of its claims for payment for emergency medical services provided to Medicare beneficiaries between November 2008 and February 2009. These cases are as follows:

(1) *Prime Healthcare Services - Shasta, LLC v. Burwell*, 2:14-cv-02791-TLN-KJN.

(2) *Prime Healthcare Services - Shasta, LLC v. Burwell*, 2:15-cv-00154-TLN-KJN.

(3) *Prime Healthcare Services - Shasta, LLC v. Burwell*, 2:15-cv-00324-TLN-KJN.

(4) *Prime Healthcare Services - Shasta, LLC v. Burwell*, 2:15-cv-00400-TLN-KJN.

(5) *Prime Healthcare Services - Shasta, LLC v. Burwell*, 2:15-cv-00450-TLN-KJN.

(6) *Prime Healthcare Services - Shasta, LLC v. Burwell*, 2:15-cv-00473-TLN-KJN.

(7) *Prime Healthcare Services - Shasta, LLC v. Burwell*, 2:15-cv-00474-TLN-KJN.

(8) *Prime Healthcare Services - Shasta, LLC v. Burwell*, 2:15-cv-00709-TLN-KJN.

(9) *Prime Healthcare Services - Shasta, LLC v. Burwell*, 2:15-cv-01120-TLN-KJN.

*//*

**STIPULATION AND ORDER**

In light of Plaintiff attorneys' workload, which includes an arbitration, mediation, and depositions in November, a mediation and depositions in December, and an arbitration in January, the parties hereby stipulate, subject to the approval of the Court, to the following proposed briefing schedule:

**Deadline for Plaintiff's Oppositions to Defendant's Motions to Dismiss:** January 14, 2016

**Deadline for Defendant's Replies in Support of Defendant's Motion to Dismiss:** February 11, 2016

**Hearing on Defendant's Motion to Dismiss**: February 25, 2016

Although the parties have not previously asked for an extension of time to file an opposition to Defendant's motions to dismiss, the parties have previously filed several stipulations for extensions of time to file a responsive pleading to the original Complaint. The parties appreciate the Court's patience in this matter.

Dated:  October 22, 2015       **MICHELMAN & ROBINSON**
                               By:  */s/ Ketakee R. Kane*
                                    Andrew H. Selesnick
                                    Damaris L. Medina
                                    Ketakee R. Kane
                                    Troy A. Schell, Esq.
                                    Bryan Wong, Esq.

                                    Attorneys for Plaintiff Prime Healthcare Services – Shasta, LLC

Dated:  October 22, 2015       BENJAMIN B. WAGNER
                               United States Attorney

                               By:  */s/ Bobbie J. Montoya*
                                    Bobbie J. Montoya
                                    Assistant U.S. Attorney

                                    Attorneys for Defendant Sylvia Mathews Burwell

**STIPULATION AND ORDER**

**ORDER**

Pursuant to stipulation and good cause having been shown, IT IS SO ORDERED.


Dated: October 23, 2015

_____
Troy L. Nunley
United States District Judge

**STIPULATION AND ORDER**