ANDREW H. SELESNICK (SBN 160516)
aselesnick@mrllp.com
DAMARIS L. MEDINA (SBN 262788)
dmedina@mrllp.com
KETAKEE R. KANE (SBN 291828)
kkane@mrllp.com
**MICHELMAN & ROBINSON, LLP**
10880 Wilshire Blvd., 19th Floor
Los Angeles, CA 90024
Telephone: (310) 564-2670
Facsimile: (310) 564-2671

Troy A. Schell, Esq. (SBN 208661)
Bryan Wong, Esq. (SBN 205573)
**PRIME HEALTHCARE SERVICES, INC.**
3300 East Guasti Road, 3rd Floor
Ontario, California 91761
Telephone:  (909) 235-4400
Facsimile:    (909) 235-4419

Attorneys for Plaintiff

Additional Counsel Listed On Next Page

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **PRIME HEALTHCARE SERVICES – SHASTA, LLC**, a Delaware limited liability company doing business as **Shasta Regional Medical Center;**<br><br>     **Plaintiff**<br>**vs.**<br><br>**Sylvia Mathews Burwell in her official capacity as Secretary of the Department of Health and Human Services,**<br><br>     **Defendant.** | Case No. 2:15-cv-00400-TLN-KJN<br><br>**STIPULATION AND ORDER TO EXTEND THE DEADLINE TO FILE A RESPONSIVE PLEADING**<br><br>[L.R. 144(A)] |

1

**STIPULATION AND ORDER**

BENJAMIN B. WAGNER
United States Attorney
BOBBIE J. MONTOYA (CSBN 208772)
Assistant United States Attorney
Bobbie.Montoya@usdoj.gov
501 I Street, Suite 10-100
Sacramento, CA  95814
Telephone:  (916) 554-2821
Facsimile:   (916) 554-2900

Attorneys for Defendant

**STIPULATION AND ORDER**

Plaintiff Prime Healthcare Services – Shasta, LLC ("Plaintiff"), and Defendant Sylvia Burwell, Secretary of the Department of Health and Human Services ("Defendant"), by and through their attorneys, hereby stipulate and agree, subject to approval of the Court, as follows:

WHEREAS, Plaintiff has filed a total of 9 cases challenging determinations by the Medicare Appeals Council that Plaintiff lacked standing to appeal the denial of its claims for payment for emergency medical services provided to Medicare beneficiaries between November 2008 and February 2009, which cases are identified as follows:

(1) *Prime Healthcare Services - Shasta, LLC v. Burwell*, 2:14-cv-02791-TLN-KJN.

(2) *Prime Healthcare Services - Shasta, LLC v. Burwell*, 2:15-cv-00154-TLN-KJN.

(3) *Prime Healthcare Services - Shasta, LLC v. Burwell*, 2:15-cv-00324-TLN-KJN.

(4) *Prime Healthcare Services - Shasta, LLC v. Burwell*, 2:15-cv-00400-TLN-KJN.

(5) *Prime Healthcare Services - Shasta, LLC v. Burwell*, 2:15-cv-00450-TLN-KJN.

(6) *Prime Healthcare Services - Shasta, LLC v. Burwell*, 2:15-cv-00473-TLN-KJN.

(7) *Prime Healthcare Services - Shasta, LLC v. Burwell*, 2:15-cv-00474-TLN-KJN.

(8) *Prime Healthcare Services - Shasta, LLC v. Burwell*, 2:15-cv-00709-TLN-KJN.

(9) *Prime Healthcare Services - Shasta, LLC v. Burwell*, 2:15-cv-01120-TLN-KJN.

WHEREAS, counsel for Plaintiff with day to day management over the matters has experienced a recent medical emergency which has required that she be out of the office and, in light of the same, additional time is necessary for Plaintiff to adequately respond to the pending motion to dismiss currently scheduled for hearing on February 25, 2016;

1  WHEREAS, the parties have requested a previous postponement of the
2 hearing date on Defendant's pending motion to dismiss, which request was granted
3 on October 23, 2015;

4  In light of the foregoing, IT IS HEREBY STIPULATED AND AGREED
5 that:

6  (a)  The hearing on Defendant's pending motion to dismiss shall be heard
7    on March 10, 2016, or as soon thereafter as the matter may be heard;
8  (b)  Plaintiff's opposition to the pending motion to dismiss, if any, shall be
9    filed and served by no later than January 28, 2016; and,
10 (c)  Defendant's reply briefs, if any, shall be filed and served no later
11   February 25, 2016.

Dated:  January 12, 2016           **MICHELMAN & ROBINSON**

                                   By:  */s/ Ketakee R. Kane*
                                        Andrew H. Selesnick
                                        Damaris L. Medina
                                        Ketakee R. Kane
                                        Troy A. Schell, Esq.
                                        Bryan Wong, Esq.

                                        Attorneys for Plaintiff Prime Healthcare
                                        Services – Shasta, LLC

Dated:  January 12, 2016           BENJAMIN B. WAGNER
                                   United States Attorney

                                   By:  */s/ Bobbie J. Montoya*
                                        Bobbie J. Montoya
                                        Assistant U.S. Attorney

                                        Attorneys for Defendant Sylvia Mathews
                                        Burwell

**ORDER**

Pursuant to stipulation and good cause having been shown, IT IS HEREBY ORDERED that:

1. The hearing on Defendant's pending motion to dismiss shall be heard on March 10, 2016;
2. Plaintiff's opposition to the pending motions to dismiss, if any, shall be filed and served by no later than January 28, 2016; and,
3. Defendant's reply briefs, if any, shall be filed and served no later February 25, 2016.

IT IS SO ORDERED.

Dated:  January 13, 2016

_____
Troy L. Nunley
United States District Judge